# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC WALLQUIST, | Case No. 8:22-cv-00246-BCB-CRZ |
| Plaintiff, | |
| v. | **ORDER** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY SI, | |
| Defendant. | |

THIS MATTER comes before the Court upon the stipulated motion filed by Plaintiff (filing no. 29) seeking an extension of the deadline to respond to Defendant's First Amended Motion for Summary Judgment and/or for Bifurcation and/or in Limine (filing no. 28) herein in order to facilitate the parties' scheduled mediation on August 4, 2023. The Court, being fully advised in the premises and upon the stipulation of counsel, finds that said motion should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's deadline to respond to Defendant's First Amended Motion for Summary Judgment and/or for Bifurcation and/or in Limine (filing no. 28) is extended until August 18, 2023.

SIGNED this 14th day of July, 2023.

BY THE COURT:

_____
Cheryl R. Zwart, United States Magistrate Judge.