IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC WALLQUIST,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY SI,<br><br>　　　　　　Defendant. | 8:22CV246<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

　　　This case is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. Filing 32. The record reflects that the case has settled and that the Joint Stipulation for Dismissal with Prejudice, signed by attorneys for both parties, is in compliance with the August 4, 2023, Order entered after advice of settlement. Filing 31. Accordingly,

　　　IT IS ORDERED that the parties' Joint Stipulation for Dismissal with Prejudice, Filing 32, is granted, and this case is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

　　　Dated this 31st day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　United States District Judge